ROBERT BECKETT et al., as Administrators of the Estate of ROBERT A. BECKETT, Deceased, Appellants, *v.* JULIUS BLUM, Doing Business as JULIUS BLUM & COMPANY, Respondent.

*Beckett* v. *Blum*, 171 App. Div. 941, affirmed.
(Argued February 6, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 16, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiffs' intestate, alleged to have been occasioned through the negligence of defendant, his employer, in placing him at work in and about an alleged defective rack so heavily loaded with iron that it gave way, causing several tons of iron to fall upon him. Decedent was found dead under the iron. No one saw the accident. A motion to dismiss the complaint on the ground that there was no evidence of negligence was granted.

*Ralph Gillett* for appellants.

*Frederick W. Catlin* and *Robert H. Woody* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, McLAUGHLIN and ANDREWS, JJ. Dissent: HISCOCK, Ch. J., CARDOZO and POUND, JJ.